## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMY SPAHR AND ) <br> MATTHEW CAIN ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> ) <br> ) <br> AMY COLLINS, RAMONA ) <br> MIRA, and JANE POWELL, ) <br> Individually, ) <br> ) <br> Defendants. ) | C.A. No.: 1:19-cv-00113-MN |

## JOINT STIPULATION TO WAIVE SERVICE

**COMES NOW,** the Parties, by and through their respective undersigned counsel, hereby stipulate that the Department of Justice agrees to waive service for the above Defendants and shall file an Answer to the Complaint within 45 days.

/s/ Adria B. Martinelli
Adria B. Martinelli, Esq. (#4056)
Deputy Attorney General
Department of Justice
Carvel State Building, 6th Floor
820 North French Street
Wilmington, DE 19801
(302) 577-4204
Attorney for Defendants

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esq. (#4447)
155 S. Bradford St., Ste. 203
Dover, DE 19901
(302) 702-5501
Attorney for Plaintiffs

**IT IS SO ORDERED** this \_\_\_\_ day of _____, 2019.


_____
JUDGE