IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMY SPAHR, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 19-113 (MN) |
| ) | |
| AMY COLLINS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington, this 6th day of October 2021;

WHEREAS, on July 20, 2020, the Court entered an Amended Scheduling Order (D.I. 21) setting, *inter alia*, a discovery cut off deadline of August 3, 2021 and a dispositive and *Daubert* motions deadline of September 24, 2021[1];

WHEREAS, on July 2, 2021, Defendants filed a motion for judgment on the pleadings (D.I. 29) and on July 7, 2021 filed a motion to stay discovery (D.I. 31) pending disposition of the motion for judgment on the pleadings; and

WHEREAS, on July 29, 2021 Plaintiff filed an opposition to the motion to stay discovery (D.I. 36).

THEREFORE, IT IS HEREBY ORDERED that, as the deadlines for discovery and dispositive and *Daubert* motions have now passed, the motion to stay discovery (D.I. 31) is DENIED AS MOOT.

                                                                                    _____
                                                                                    The Honorable Maryellen Noreika
                                                                                    United States District Judge

---

[1]   No party has filed dispositive or *Daubert* motions.