# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMY SPAHR | : | |
| AND MATTHEW CAIN | : | |
| | : | |
| Plaintiff, | : | C.A. No. 19-113-MN |
| | : | |
| v. | : | TRIAL BY JURY DEMANDED |
| | : | |
| AMY COLLINS, ET Al. | : | |
| | : | |
| | : | |
| Defendants. | : | |

## STIPULATION TO AMEND COMPLAINT

**COMES NOW**, the Plaintiffs, Amy Spahr and Matthew Cain, by and through their attorney, Ronald G. Poliquin, and the Defendant, Amy Collins by and through her attorney, Robert Kleiner, Esq., hereby stipulate and agree to the following:

1. Plaintiff was originally tasked with filing Amended Complaint on or before January 7th, 2022.

2. As a result of sickness and weather issues, Plaintiff requests until January 14, 2022 to file the Amended Complaint.

3. Opposing party does not oppose the extension.

4. Plaintiff respectfully requests until January 14th, 2022 to file the Amended Complaint in the above case.

5. Defendants have until February 14, 2022 to file a responsive pleading and/or pre-answer motion.

| THE POLIQUIN FIRM, LLC | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
|---|---|
| /s/ Ronald G. Poliquin, Esq. | /s/ Robert Kleiner, Esq. |
| Ronald G. Poliquin, Esq. (#4447) | Robert Kleiner, Esq (#5505) |
| 1475 S. Governors Ave. | Deputy Attorney General |
| Dover, DE 19904 | Defensive Litigation Unit |
| 302-702-5501 | 820 North French Street, 6th Floor |
| Attorney for Plaintiff | Wilmington, De 19801 |
| Date: January 10, 2022 | Attorney for Defendant |
| | Date  January 10, 2022 |

**SO ORDERED,** this ___ day of _____, 2021.

_____
The Honorable Maryellen Noreika
United States District Judge